IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**07-CV-02433**

Civil Action No. _____
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 4 2007

GREG___ ___ LANGHAM
CLERK

_Johnny H. Ross_, Plaintiff,

v. Colorado State Board of Parole Complete Board Members
District Attorneys Office Mesa County John Levin D.A. and Complete Staff
Colorado Law Office of Attorney Leslie Castro and Complete Staff, Defendant(s).

---

### PRISONER'S MOTION AND AFFIDAVIT
### FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   Official misconduct of public officials Failure to keep governmental contract Breach of oath of office.

(Rev. 11/01/04)

ADDITIONAL DEFENDANTS

MESA COUNTY DISTRICT COURT -
JUDGE NICHOLAS MASSARO
GOVERNER BILL RITTER - COLORADO
DEPARTMENT OF CORRECTIONS
JEANENNE MILLER - COLORADO DIVISION OF
ADULT PAROLE AND COMMUNITY CORRECTIONS
ARKANSAS VALLEY CORRECTIONAL FACILITY
MAILROOM - COMPLETE STAFF
SGT. NORA KURTZ

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

NO ASSETS

5. Are you in imminent danger of serious physical injury?

  X  Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

RETALITORY ACTS BY DEFENDANTS

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   11-1-07
                (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                2

JOHNNY H. ROSS
# 102534
AVCF BOX 1000
CROWLEY, CO. 81034

**Colorado Department Of Corrections**

Name  Joshua Ross
Register Number  102534
Unit  BVCF
Box Number  1000
City, State, Zip  Crowley, CO. 81034

CLERK OF THE COURT
GREGORY C. LANGHAM
ROOM A-105
U.S. COURTHOUSE
901 19TH STREET
DENVER, CO. 80294-3589

80294+3589

Mailed From 81034
US POSTAGE
$00.41⁹